UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Clovies Johnson                                   Chapter 13
                                                                Case No. 24-12212-PMM

    Debtor

_____

## **NOTICE OF APPEARANCE**

Please take notice that Orlans PC has been retained as Attorney for Creditor, Teachers Federal Credit Union, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  July 29, 2024

                                                                          Respectfully Submitted,

                                                                         /s/ Michael H. Kaliner
                                                                         Michael H. Kaliner, Esq.  PA 28747
                                                                         Orlans PC
                                                                         Attorney for Teachers Federal Credit Union
                                                                         200 Eagle Road, Bldg 2, Suite 120
                                                                         Wayne, PA 19087
                                                                         (484) 367-4191
                                                                         Email: mkaliner@orlans.com
                                                                         File Number: 24-009304