United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12212-pmm

Clovies Johnson                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Clovies Johnson, 7402 Malvern Ave, Philadelphia, PA 19151-2921 |
| 14901593 | | ABC Fitness Solutions, Attn: Bankruptcy, 208 E Kiehl Ave, Sherwood, AR 72120-2963 |
| 14901595 | | Bezark Lerner & De Virgilis, PC, 1600 Market St Ste 1610, Philadelphia, PA 19103-4203 |
| 14901603 | | Johnson's Transport, LLC, Po Box 46742, Philadelphia, PA 19160-6742 |
| 14901615 | | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14901613 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14911597 | + | Teachers Federal Credit Union, c/o Michael H. Kaliner, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14901594 | Email/Text: CSBankruptcy@austincapitalbank.com | Dec 13 2024 00:20:00 | Austin Capital Bank, Attn: Bankruptcy Dept Attn: Bankruptcy D, 8100 Shoal Creek Blvd , Ste 100, Austin, TX 78757 |
| 14901597 | Email/Text: megan.harper@phila.gov | Dec 13 2024 00:21:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14901596 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:28:05 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14901598 | Email/Text: bankruptcy@philapark.org | Dec 13 2024 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14901599 | + Email/Text: bankruptcy@consumerportfolio.com | Dec 13 2024 00:21:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14901600 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2024 00:27:03 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14903335 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 00:26:54 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14914167 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 00:27:47 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14901601 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 13 2024 00:27:10 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14901602 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2024 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14914216 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 00:21:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14901604 | Email/Text: support@kovocredit.com | | |

District/off: 0313-2                                    User: admin                                          Page 2 of 3
Date Rcvd: Dec 12, 2024                           Form ID: 155                                   Total Noticed: 36

| | | Dec 13 2024 00:20:00 | Kovo Inc, Attn: Bankruptcy Attn: Bankruptcy, 9450 SW Gemini Dr , Suite 87907, Beaverton, OR 97008-7105 |
|---|---|---|---|
| 14901605 | Email/Text: bk@lendmarkfinancial.com | Dec 13 2024 00:20:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 14901607 | Email/Text: accountservicing@trueaccord.com | Dec 13 2024 00:20:00 | LVNV Funding, LLC, c/o TrueAccord Corp., 16011 College Blvd, Lenexa, KS 66219-1366 |
| 14901606 | Email/Text: EBNBKNOT@ford.com | Dec 13 2024 00:21:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 14910924 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 13 2024 00:21:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14901608 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 13 2024 00:21:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14901609 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 13 2024 00:21:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14901610 | Email/Text: fesbank@attorneygeneral.gov | Dec 13 2024 00:21:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14901611 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14901612 | ^ MEBN | Dec 13 2024 00:16:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14901614 | Email/Text: bankruptcy@philapark.org | Dec 13 2024 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14901616 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 00:38:48 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14901617 | + Email/PDF: ebn_ais@aisinfo.com | Dec 13 2024 00:27:11 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14912002 | + Email/Text: Bankruptcy@teachersfcu.org | Dec 13 2024 00:21:00 | Teachers Federal Credit Union, 102 Motor Parkway, Hauppauge, NY 11788-5109 |
| 14901618 | + Email/Text: Bankruptcy@teachersfcu.org | Dec 13 2024 00:21:00 | Teachers Federal Credit Union, Attn: Bankruptcy, P.O. Box 9005, Smithtown, NY 11787-9005 |
| 14901619 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 13 2024 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14901620 | ^ MEBN | Dec 13 2024 00:16:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14901621 | Email/Text: bankruptcynotices@sba.gov | Dec 13 2024 00:20:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                  User: admin                                       Page 3 of 3

Date Rcvd: Dec 12, 2024             Form ID: 155                                  Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                                Signature:                  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Clovies Johnson help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL H KALINER | on behalf of Creditor Teachers Federal Credit Union mhkaliner@gmail.com  pa35@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Clovies Johnson | ) | Case No. 24–12212–pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 12, 2024

                                                          For The Court

                                                          Patricia M. Mayer
                                                          Judge, United States Bankruptcy Court