**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Clovies Johnson,<br><br>                      *Debtor.* | Chapter 13<br>Case No. 24-12212-DJB |

**Motion to Modify Plan After Confirmation**

Debtor Clovies Johnson, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on June 27, 2024.

2. The plan was confirmed on December 12, 2024.

3. The plan was a 100% plan in order to conform with the Debtor's CMI on Form 122C-2, which was calculated as being $613.30.

4. The CMI was based on the erroneous inclusion of the Debtor's estimated pro-rated federal tax refund across the 6-month look-back period of Form 122C-1.

5. A creditor who the Debtor was surrendering property to in the original confirmed plan has recently amended their secured claim to an unsecured deficiency claim, rendering the confirmed plan effectively pro-rata.

6. The Debtor has amended his Form 122C-1, and Form 122C-2, to reflect the correct CMI of $189.47.

7. The amount being distributed towards general unsecured creditors in the confirmed plan already conforms to the corrected CMI.

8. The proposed plan changes the plan from a 100% plan to pro-rata, but leaves all dollar amounts unchanged, so no Supplement to Schedule J is necessary.

9. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 40 as the new confirmed plan.

Date: June 4, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _/s/ Michael A. Cibik_
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com