## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Clovies Johnson, *Debtor*. | Chapter 13<br>Case No. 24-12212-DJB |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 41, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 40) is **approved**.

**Date:** July 3, 2025

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge